# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD RICHARD MCFADDEN, | Case No. 2:20-cv-00374-GMN-BNW |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, SR., et al., | |
| Respondents. | |

Petitioner Donald Richard McFadden has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). However, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

It is also unclear from the papers presented whether a dismissal without prejudice could materially affect a later analysis of any timeliness issue with regard to a new federal action. Therefore, McFadden has 30 days from the date of this order to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. Failure to do so may result in the dismissal of this action without prejudice.

**IT IS THEREFORE ORDERED** that within **30 days** of the date of this order petitioner shall submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

1

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall send to petitioner two copies of the application to proceed *in forma pauperis* for a prisoner and the instructions for the form.

**IT IS FURTHER ORDERED** that the Clerk shall retain the petition but not file it at this time.

DATED: 13 April 2020.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE