1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                      * * *
9    DONALD RICHARD MCFADDEN,            Case No. 2:20-cv-00374-GMN-BNW
10                          Petitioner,   ORDER
11          v.
12   BRIAN WILLIAMS, SR, et al.,
13                          Respondents.
14

15         This court previously denied Donald Richard McFadden's motion for a stay and

16   abeyance of his pro se 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 21.) The

17   court directed McFadden, within 30 days, to either inform this court in a sworn

18   declaration that he wished to formally and forever abandon the unexhausted grounds

19   for relief in his federal habeas petition and proceed on the exhausted grounds; or inform

20   this court in a sworn declaration that he wished to dismiss this petition without prejudice

21   in order to return to state court to exhaust his unexhausted claims. That order was

22   served on McFadden at his address of record. *See id*. More than the allotted time has

23   passed, and McFadden has not made his election or contacted the court in any way.

24   Accordingly, this action is dismissed for failure to follow the court's order regarding the

25   unexhausted grounds.

26
27
28

1    **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice**

2   for failure to follow the court's order.

3    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

4    **IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly

5   and close this case.

6

7    DATED: 14 October 2022.

8

9    _____
    GLORIA M. NAVARRO
10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28